```
                                                                FILED
                                                         IN CLERK'S OFFICE
                                                       U.S. DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                           ☆   FEB 14 2019   ☆
```
------------------------------------------------------------x

THOMAS GESUALDI, LOUIS BISIGNANO, DARIN         LONG ISLAND OFFICE
JEFFERS, MICHAEL O'TOOLE, MICHAEL BOURGAL,
FRANK H. FINKEL, JOSEPH A. FERRARA, SR., MARC   Case No.: 18-CV-2396
HERBST, DENISE RICHARDSON, and THOMAS           (SJF)(AKT)
CORBETT as Trustees and fiduciaries of the Local 282
Welfare Trust Fund, the Local 282 Pension Trust Fund, the   **ORDER AND DEFAULT**
Local 282 Annuity Trust Fund, the Local 282 Job Training    **JUDGMENT**
Trust Fund, and the Local 282 Vacation and Sick Leave Trust
Fund,

                                    Plaintiffs,

                - against -

MV TRANSPORT CORP.,

                                    Defendant.
------------------------------------------------------------x

Upon the reading and filing of the motion for default judgment by the Plaintiffs,

THOMAS GESUALDI, LOUIS BISIGNANO, DARIN JEFFERS, MICHAEL O'TOOLE,

MICHAEL BOURGAL, FRANK H. FINKEL, JOSEPH A. FERRARA, SR., MARC HERBST,

DENISE RICHARDSON, and THOMAS CORBETT as Trustees and fiduciaries of the Local

282 Welfare Trust Fund, the Local 282 Pension Trust Fund, the Local 282 Annuity Trust Fund,

the Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund,

including the Declaration of Arthur J. Muller III, Esq., dated the 28th day of December 2018,

and the exhibits attached thereto; the Declaration of Ken Jones, executed the 27th day of

December 2018, and the exhibits attached thereto; the Declaration of Joseph Puccio, executed

the 17th day of December 2018, and the exhibits attached thereto; Plaintiff's Memorandum of

Law in Support, and upon all prior proceedings herein, and after due deliberation, pursuant to

Fed. R. Civ. P. 55(b)(2):

**IT IS HEREBY ORDERED and ADJUDGED:**

(A) The Court finds Defendant in default for failing to answer the Complaint, which Complaint was duly served on the Defendant, which Certificate of Default was entered by the Clerk of the Court on December 17, 2018;

(B) A Default Judgment is entered in favor of Plaintiffs and against the Defendant in the amount of **$93,539.70**, consisting of:

    i. $20,512.51 in unpaid contributions determined to be due and owing as a result of audit #12-0916-A1;

    ii. $24,634.08 in interest on the unpaid contributions determined to be due and owing as a result of audit #12-0916-A1, calculated through October 16, 2017.

    iii. $4,906.14 in additional accrued interest on the unpaid contributions determined to be due and owing as a result of audit #12-0916-A1 accruing from October 17, 2017 through February 14, 2019.

    iv. $29,540.22 in additional damages equal to the interest due on the unpaid contributions determined to be due and owing as a result of audit #12-0916-A1 as of February 14, 2019;

    v. $3,591.96 in audit costs as a result of audit #12-0916;

    vi. $10,354.79 in attorney's fees and costs calculated through December 24, 2018; and

(C) that Plaintiffs shall have immediate execution thereon.

Dated: Central Islip, New York
February 14, 2019

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein, U.S.D.J.